**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NOEL R. DELEPLANCQUE,

    Plaintiff,

v.                                                    Case No: 6:15-cv-1401-Orl-40KRS

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Motion to Strike Jury Trial Demand (Doc. 11) filed on October 22, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 14, 2016 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Strike Jury Trial Demand (Doc. 11) is **GRANTED**.

3. Plaintiff's demand for a jury trial is **STRICKEN**.

4. The Clerk is **DIRECTED** to reset this case to a bench trial.

**DONE AND ORDERED** in Orlando, Florida on February 2, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:  Counsel of Record